# Exhibit 2

# LIU Headlines

WHAT'S NEW AT LIU

Home › What's New at LIU › Palmer School Student Selected to Study at National Institute

What's New at LIU

# Palmer School Student Selected to Study at National Institute



Palmer School Ph.D. student AJ Fernandez was selected to attend the Archives as Data Summer 2023 Institute at Columbia University, a program funded by the National Endowment for the Humanities. Fernandez will participate in the program's Archiving Digital Record track.

**SHARE**

 Facebook  Twitter   

🔵 Like 0    Tweet

Previous article
College of Veterinary Medicine Student Receives Prestigious Award

Next article
LIU Opens the Center for Innovative Medication Management

**RELATED ARTICLES**    MORE FROM AUTHOR



Alumni News

Your Opinion Matters



Alumni News

Alumnus Restoring Renowned Alligator Reef in Florida Keys



Alumni News

Coach, Olympian and National Champion

‹ ›

## Recent LIU Headlines

Your Opinion Matters

Middle States Reaffirms Long Island University Accreditation

Long Island University to Establish Center for the Study of the Presidency at The...

Long Island University & Institute of Certified Records Managers Partner to Provide Graduates with...

Long Island University & Omnicell Launch Center for Innovative Medication Management

Long Island University Announces 2022 George Polk Awards in Journalism

Load more

# LIU Headlines

**ABOUT US**

University Center (Administrative Offices)
700 Northern Boulevard

LONG ISLAND UNIVERSITY

**LIU** Headlines

WHAT'S NEW AT LIU

Home › What's New at LIU › Palmer School Student Selected to Study at National Institute

What's New at LIU

# Palmer School Student Selected to Study at National Institute



Palmer School Ph.D. student AJ Fernandez was selected to attend the Archives as Data Summer 2023 Institute at Columbia University, a program funded by the National Endowment for the Humanities. Fernandez will participate in the program's Archiving Digital Record track.

SHARE

 Facebook    Twitter          Like 0   Tweet

Previous article

College of Veterinary Medicine Student Receives Prestigious Award

Next article

LIU Opens the Center for Innovative Medication Management

RELATED ARTICLES   MORE FROM AUTHOR



Alumni News

Your Opinion Matters



Alumni News

Alumnus Restoring Renowned Alligator Reef in Florida Keys



Alumni News

Coach, Olympian and National Champion

## Recent LIU Headlines

Your Opinion Matters

Middle States Reaffirms Long Island University Accreditation

Long Island University to Establish Center for the Study of the Presidency at The...

Long Island University & Institute of Certified Records Managers Partner to Provide Graduates with...

Long Island University & Omnicell Launch Center for Innovative Medication Management

Long Island University Announces 2022 George Polk Awards in Journalism

Load more ∨

**LIU** Headlines

ABOUT US

University Center (Administrative Offices)
700 Northern Boulevard



https://headlines.liu.edu/wp-content/uploads/2023/05/image-3.png

