# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle* (signature)

United States Register of Copyrights and Director

**Registration Number**

**VA 2-164-937**

**Effective Date of Registration:**
July 29, 2019
**Registration Decision Date:**
August 19, 2019

## Title

**Title of Work:** 2019 Photos by Ajay Suresh

**Content Title:** Coronado-3, Coronado-6, LaJolla-1, LaJolla-2, LaJolla-6, Levis, SanDiego-2, SanDiegoZoo-1, SanDiegoZoo-10, SanDiegoZoo-11, SanDiegoZoo-12, SanDiegoZoo-13, SanDiegoZoo-14, SanDiegoZoo-15, SanDiegoZoo-16, SanDiegoZoo-17, SanDiegoZoo-18, SanDiegoZoo-3, SanDiegoZoo-4, SanDiegoZoo-6, SanDiegoZoo-7, SanDiegoZoo-8, SanDiegoZoo-9, Warby Parker

Apartment-UES-1, CastlewoodPark-STL-2, CastlewoodPark-STL-3, CastlewoodPark-STL-4, CastlewoodPark-STL-5, CastlewoodPark-STL-6, CastlewoodPark-STL-9, Downtown Brooklyn from Gowanus, Downtown-STL-1, Downtown-STL-10, Downtown-STL-2, Downtown-STL-3, Downtown-STL-4, Downtown-STL-7, Downtown-STL-8, Downtown-STL-9, F-Train in Gowanus,

PatagoniaLabel-1, PatagoniaLabel-2,

ConeyIsland2019-1, ConeyIsland2019-2, ConeyIsland2019-3, ConeyIsland2019-4, ConeyIsland2019-5,

901Broadway-1, 901Broadway-2, A Latte in NYC, Amazon Go, Amazon Go Banner, Amazon Originals, Amazon Prime Now Logo, Amazon Prime Rewards Card, Amazon Prime Video Streaming, BeatsHeadphones-1, BeatsHeadphones-2, ChaseSapphire, Coach Logo, HudsonYards_05-06-19-1, HudsonYards_05-06-19-2, HudsonYards_05-06-19-3, Netflix Streaming, RawDenim-1, RawDenim-2, RawDenim-3, RawDenim-6, RawDenim-7, StIves-1, Whole Foods Market Logo, Workspace-1, Workspace-2, YouTube Streaming,

Sevilla-1, Sevilla-10, Sevilla-11, Sevilla-12, Sevilla-13, Sevilla-14, Sevilla-2, Sevilla-2-1, Sevilla-2-2, Sevilla-2-3, Sevilla-2-4, Sevilla-2-5, Sevilla-2-6, Sevilla-2-7, Sevilla-2-8, Sevilla-3, Sevilla-3-1, Sevilla-3-10, Sevilla-3-11, Sevilla-3-12, Sevilla-3-13, Sevilla-3-14, Sevilla-3-15, Sevilla-3-16, Sevilla-3-17, Sevilla-3-18, Sevilla-3-19, Sevilla-3-2, Sevilla-3-20, Sevilla-3-21, Sevilla-3-3, Sevilla-3-4, Sevilla-3-5, Sevilla-3-6, Sevilla-3-7, Sevilla-3-8, Sevilla-3-9, Sevilla-4, Sevilla-4-1, Sevilla-4-10, Sevilla-4-17, Sevilla-4-18, Sevilla-4-19, Sevilla-4-4, Sevilla-4-5, Sevilla-4-6, Sevilla-4-7, Sevilla-4-9, Sevilla-5, Sevilla-6, Sevilla-7, Sevilla-8, Sevilla-9, Skirball Center, Skirball Center Entrance, Smile Direct Club Storefront, Society of Illustrators, Solomon R. Guggenheim

Museum, Soulcycle Name, Soulcycle Storefront, Squarespace Headquarters, Stadium Goods, Stadium Goods - Neon Sign, Staten Island Ferry Terminal, Steinway & Sons Storefront, Strand Bookstore, Strand Bookstore - Landscape, StubHub Storefront, SUNY State College of Optometry, Sur La Table Storefront, Sushi Ginza Onodera.

1 Police Plaza, 100 Centre St - New York City, 5 in 1 Sculpture - One Police Plaza, 7 Eleven Storefront, 92Y, 92Y Profile, Adidas NYC Flagship, Alice Tully Hall, Amazon Web Services (AWS) Loft - NYC, Amazon Web Services (AWS) Loft - NYC - Banner, American Folk Art Museum, Atlantic Terminal, Bail Bonds - Manhattan, BarclayCenter-1, BarclayCenter-2, Barclays - NYC Headquarters, Barnes & Noble Storefront, Benjamin N. Cardozo School of Law, Benjamin N. Cardozo School of Law - Detail, Bergdorf Goodman Entrance, Best Buy Manhattan, Bloomingdale's, Bluemercury Storefront, Bobst Library, Brown Brothers Harriman, Bulgari NYC Flagship, Cafe Wha?, Carnegie Hall - Entrance, Carnegie Hall - Full, Center for Jewish History, Center for Jewish History - Side View, Cherry Lane Theatre, Chinatown Starbucks, Citi Bike Rebalancing, Coach House - NYC, Confucius Plaza from Chinatown, Confucius Plazafrom Chinatown - Landscape, Cooper Hewitt, Cooper Hewitt Logo, Cooper Union - Cooper Union Academic Building, Cordoba-1, Cordoba-10, Cordoba-11, Cordoba-12, Cordoba-13, Cordoba-14, Cordoba-15, Cordoba-16, Cordoba-17, Cordoba-18, Cordoba-2, Cordoba-22, Cordoba-23, Cordoba-24, Cordoba-25, Cordoba-26, Cordoba-27, Cordoba-28, Cordoba-29, Cordoba-3, Cordoba-30, Cordoba-31, Cordoba-32, Cordoba-33, Cordoba-34, Cordoba-35, Cordoba-36, Cordoba-37, Cordoba-38, Cordoba-39, Cordoba-4, Cordoba-5, Cordoba-6, Cordoba-7, Cordoba-8, Cordoba-9, Courant Institute of Mathematical Sciences, David Geffen Hall, Deutsche Bank Entrance, Dior NYC Flagship, Ed Sullivan Theater, Entrance to the Icahn School of Medicine, Entrance to Tiffany and Co Flagship, Equinox Entrance, Equinox Lettering, Ethan Allen Storefront, Febreze, Febreze - Tight Shot, Federal Hall, Federal Reserve Bank of New York Building - Entrance, Federal Reserve Bank of New York Building - Full, FedEx Office, Film Forum, Financial Industry Regulatory Authority (FINRA), Fordham University School of Law, Former Lord & Taylor Building.

Fox News Wall, Fox News Wall - Carlson Baier Ingraham, Fred F French Building, Frederick Loewe Theatre, Fulton Center - Entrance, Fulton Center - Full, Fulton Center - Side Profile, G-Star Raw Storefront, Granada-Day1-10, Granada-Day1-11, Granada-Day1-12, Granada-Day1-13, Granada-Day1-2, Granada-Day1-3, Granada-Day1-6, Granada-Day1-7, Granada-Day1-8, Granada-Day1-9, Granada-Day2-1, Granada-Day2-10, Granada-Day2-15, Granada-Day2-17, Granada-Day2-18, Granada-Day2-19, Granada-Day2-2, Granada-Day2-20, Granada-Day2-21, Granada-Day2-22, Granada-Day2-23, Granada-Day2-24, Granada-Day2-26, Granada-Day2-27, Granada-Day2-28, Granada-Day2-29, Granada-Day2-3, Granada-Day2-30, Granada-Day2-31, Granada-Day2-33, Granada-Day2-34, Granada-Day2-35, Granada-Day2-36, Granada-Day2-38, Granada-Day2-4, Granada-Day2-7, Granada-Day2-8, Granada-Day2-9, Granada-Day3-1, Granada-Day3-2, Granada-Day3-3, Granada-Day3-4, Granada-Day3-5, Granada-Day3-6, Granada-Day3-7, Gristedes Storefront, Gucci NYC Flagship, HBO Headquarters, Home Depot Storefront, Hospital for Special Surgery, House used for the Cosby Show, Hunter College High School, Icahn School of Medicine, Ikea Planning Studio, Jacob K. Javits Federal Building, Jewish Museum, King Kong at the Broadway Theater, Late Show with Stephen Colbert Signage, Leslie-Lohman Museum of Gay and Lesbian Art - NYC, Levi's Storefront, Lincoln Center Angle, Lincoln Center Overview, Long Island Rail Road (LIRR) Entrance, Longchamp Flagship, Looking Down on a Mini, Louis Vuitton NYC Flagship, Lululemon Storefront, Madison Square Garden (MSG) - Closeup with Empire State

Building, Madison Square Garden (MSG) - Empire State Building, Madison Square Garden (MSG) - Full, Madison Square Garden (MSG) - Hulu Theater, Maison Kayser Storefront, Manhattan Mall, Manhattan Municipal Building, Manhattan Sunset - Manhattan Municipal Building, Mark Twain House (Aka House of Death), Mattress Firm Storefront, Merchant's House Museum, MET Opera,

Metropolitan Correctional Center New York, Microsoft Logo, Milano School of Policy Management and Environment, Morgan Stanley Headquarters, Museum of Chinese in America (MOCA) - NYC, My Fair Lady at the Lincoln Center Theatre, NASDAQ MarketWatch, NathansHotDog-1, NathansHotDog-2, NathansHotDog-3, NathansHotDog-4, NathansHotDog-5, National Academy of Design, NBA Store - NYC, NBA Store - NYC - Full, NBC News - NBC Studio 1A - The Today Show, Neue Gallery, New York Academy of Medicine, New York City Criminal Court, New York City Marriage Bureau at the Louis J. Lefkowitz State Office Building, New York Correction Department, New York Correction Department - Bus, New York Correction Department - Truck Front, New York County Courthouse, New York County Courthouse - Angle Shot, New York County Criminal Court, New York County Family Court, New York County Family Court - Entrance, New York Film Academy, New York Society Library, New York Stock Exchange (NYSE) - Slack Direct Offering, News Corporation Headquarters, Nike Flagship - NYC, Nike House of Innovation, Nordstrom Rack Storefront, NYPD Headquarters - One Police Plaza, NYPL for the Performing Arts, NYU Stern School of Business - Full Building, NYU Stern School of Business - Henry Kaufman Management Center, NYU Stern School of Business - Paulson Auditorium, NYU Stern School of Business - Plaza Level, Original Store -Bergdorf Goodman, Pace University - Building, Pace University - Logo, Panda Express Storefront, PapayaKing-1, Paris Theater, Park Lane Hotel, Pier 1 Imports Storefront, Rent the Runway Flagship, Rockefeller University, Rumble Storefront, Saks Fifth Avenue, School of the International Center of Photography, Seal of the United States Supreme Court - SDNY,

The Africa Center, The Astor Place Cube, The Children's Place Storefront, The Comedy Cellar, The Cooper Union - Cooper Union Academic Building Entrance, The Cooper Union's Foundation Building - North Side, The Cooper Union's Foundation Building - South Side, The Drawing Center - NYC, The House used in Friends, The IFC Center, The Lion King at the Minskoff Theatre, The MET, The Paley Center for Media, The Public Theater, The SoHo Playhouse, The University Center for the New School, Thurgood Marshall United States Courthouse, Tibet House US, Tide Detergent, Tide Detergent - Tight, Tiffany and Co Flagship, Times Square Studios - GMA, Tourneau Watches, Touro College, Triumph of the Human Spirit - Foley Square, Trump Palace, Trump Tower Entrance, Trump Tower in the Clouds, Twin Peaks, U.S. District Court - Southern District of New York, Uniqlo Logo, United States Attorney for the Southern District of New York, United States Court of International Trade, Urban Outfitters Storefront, Viacom Headquarters, Village Voice, Vineyard Vines Storefront, Warby Parker, Weill Cornell Medicine, WeWork, Windex, Zara Storefront,

7th Avenue - Midtown, Al Hirschfeld Theatre - Moulin Rouge, Alvin Ailey American Dance Theater, Ambassador Theatre - Chicago, American Airlines Theatre, American Museum of Natural History - Entrance, ASA College, B & H Photo Storefront, Baked by Melissa, Bitcoin ATM Sign, Booth Theatre, Broadhurst Theater - Frankie and Johnny in the Clair de Lune, Brooklyn Academy of Music (BAM), Brooklyn Friends School - Entrance, Brooklyn Friends School - Flag, Brooklyn Friends School - Law School Entrance, Brooklyn Law School, Brooklyn Municipal Building, Brooklyn Public Library, Brooklyn Public Library - Central Library, Brooklyn Tech, Brooks Atkinson

Theater - Waitress, Cadman Plaza - Brooklyn War Memorial, Carolines on Broadway, Central Park - Kerbs Memorial Boathouse, Central Park - Loeb Boathouse, Central Park - Naumburg Bandshell, Central Park - The Pond, City College of New York - North Academic Building, City College of New York - Bernard and Anne Spitzer School of Architecture, City College of New York - Grove School of Engineering, City College of New York - High School for Math Science and Engineering at City College, City College of New York - Welcome, City Tech - Academic Building, City Tech - Building, City Tech - Logo, City Tech - The Atrium, City Tech - Wordmark, Collegiate School (New York City), Columbia Business School - Uris Hall, Columbia Law School - Arthur W Diamond Library, Columbia Law School - Bellerophon Taming Pegasus, Columbia Law School - Jerome L Greene Hall, Columbia University - School of International and Public Affairs,

Columbia University - Alma Mater, ==Columbia University - Butler Library==, Columbia University - Department of Physics, Columbia University - Lion Sculpture, Columbia University - Low Memorial Library, Columbia University - St. Paul's Chapel, Columbia University - Teachers College, Columbia University - The Fu Foundation School of Engineering And Applied Science, Columbia University - The Northwest Corner Building, Convent of the Sacred Heart, CUNY School of Medicine - Townsend Harris Hall, David H Koch Theater, Duane Reade Pharmacy Storefront, East Harlem Skyline, Eugene O'Neill Theatre - Book of Mormon, Fashion Institute of Technology (FIT), Film at Lincoln Center - Elinor Bunin Munroe Film Center, Film Society of Lincoln Center, Fiorello H LaGuardia High School, Fiorello H LaGuardia High School - Entrance, Formula E - NYC ePrix 2019 - Allianz E-Village, Formula E - NYC ePrix 2019 - José María López Crash, Formula E - NYC ePrix 2019 - Mitch Evans, Formula E - NYC ePrix 2019 - Pascal Wehrlein, Formula E - NYC ePrix 2019 - Stoffel Vandoorne, Formula E - NYC ePrix 2019 - Straights Race, Formula E - NYC ePrix 2019 - Straightway Blur, Formula E - NYC ePrix 2019 - Top-Line Speed, Frozen on Broadway, Future Chick-fil-A - Upper East Slde, Golden Theater, Hamilton Grange National Memorial - Entrance, Hamilton Grange National Memorial - Patio, Harlem School of Arts, Hatzolah Ambulances, Hewitt School, Imperial Theater - ain't too proud, Jacobs Theater - The Ferryman, John Jay College of Criminal Justice - Entrance, John Jay College of Criminal Justice - New Building, Kings County Supreme & Family Court, LIU Brooklyn - Arnold and Marie Schwartz College of Pharmacy, LIU Brooklyn - Entrance, LIU Brooklyn - Flags, Loomis Armored Truck,

Lunt-Fontanne Theatre - Dave Chappelle, Lyceum Theatre, Lyric Theatre - Harry Potter and the Cursed Child, Lyric Theatre - Harry Potter and the Cursed Child, Majestic Theater - The Phantom of the Opera, Mercedez-Benz EQ Silver Arrow, Mercedez-Benz EQ Silver Arrow - Front, Mercedez-Benz EQ Silver Arrow - Logo, MET Breuer, Metropolitan Hospital Center, MoCADA, MoCADA - 80 Hanson Place, Modell's Sporting Goods, Music Box Theater - Dear Evan Hansen, Music Box Theater - Front, National Academy School of Fine Arts, Nederlander Theatre - Pretty Woman, Neil Simon Theatre, New Amsterdam Theater - Aladdin, New Victory Theater, New York Historical Society, New York Public Library, New York Public Library - 96th Street Library, New York Sports Club - Upper East Side, New York Times Building - Bottom Portion, New York Times Building - New York Times Logo, Nightingale-Bamford School, NYC Emergency Management (NYCEM) - Name, NYC Emergency Management (NYCEM) - Profile, NYU Tandon - Bern Dibner Library of Science and Technology, NYU Tandon - Church, NYU Tandon - Wordmark, On Prospect Park, Otto H Kahn House, Packer Collegiate Institute, Park Slope Brownstone, PC Richard & Son, Playstation Theater, Port Authority Bus Terminal, Pret A Manger Storefront, Ramakrishna Vivekananda Center of New York, Regis High School, Rodgers Theater - Hamilton, Rose Center for Earth and Space, Saint

David's School, Schoenfeld Theater - Come From Away.

Second Stage Theater - Tony Kiser Theater, Seventh Regiment Armory - Park Avenue Armory - Front, Shirley A Chisholm State Office Building, Shubert Theatre, Spence School, Spyscape, St Francis College - Administration Building, St Francis College - Name, St Francis College - Science and Technology Building, St James Theatre - Frozen, St. Bernard's School, Studio 54, Sweetgreen Storefront, Tapestry Inc - Headquarters, Tapestry Inc - The Shed & The Vessel Reflection, The Berkeley Carroll School - Entrance, The Dakota, The Kenilworth, The Longacre Theatre - The Prom, The Museum at FIT, The Shed - Complete, The Shed - Wheels, The Shops at Hudson Yards, The Vessel from the Shops at Hudson Yard, Time Square - TKTS Stand, Trevor Day School, Trevor Day School - Entrance, United States Courthouse - Eastern District of New York, United States Courthouse - Eastern District of New York 2, Valley National Bank, Van Leeuwen Vegan Ice Cream, Walter Kerr Theatre - Hadestown, Wetherby-Pembridge School, Whole Foods - Upper East Side, Winter Garden - Beetlejuice the Musical.

## Completion/Publication

**Year of Completion:** 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ajay Suresh
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1991

## Copyright Claimant

**Copyright Claimant:** Ajay Suresh
225 E 95th St, Apt 25B, New York, NY, 10128, United States

## Rights and Permissions

**Name:** Ajay Suresh
**Email:** ajaysuresh@outlook.com
**Telephone:** (734)239-5669
**Address:** 225 E 95th St
Apt 25B
New York, NY 10128 United States

## Certification

**Name:** Ajay Suresh
**Date:** July 29, 2019

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.