

**Rebecca A. Kornhauser**
Associate

Direct: 646.517.3534
rebecca.kornhauser@sriplaw.com

April 23, 2025

**VIA ECF**
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:**     **Ajay Suresh v. Long Island University**
             **Case Number: 1:25-cv-01858-HG**
             **Our File Number: 28451**

Dear Judge Gonzalez,

In accordance with your Order dated April 4, 2025, the undersigned hereby submits this letter to describe Plaintiff's efforts to serve the Summons and the Complaint on the Defendant in this matter. On April 7, 2025, we sent the Summons and Complaint to Saddleback Attorney Services for service on Long Island University for service at 1 University Plaza, Brooklyn, New York, 11201. The process server attempted service on April 11, 2025, at which time the legal department was closed. Then, on April 16, 2025, the process server attempted to serve Long Island University and was advised that the legal department no longer accepts service of process at this location. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Diligence.

On April 22, 2025, we dispatched Saddleback Attorney Services to serve Long Island University at 720 Northern Boulevard, Greenvale, New York, 11540. At this time, Long Island University has not yet been served. We anticipate that the next service attempt will be successful.

Sincerely,

**SRIPLAW**

Rebecca A. Kornhauser
RAK/JJ

Enclosure