# Exhibit 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>41 Madison Avenue, 25th Floor<br>New York, NY 10010<br>ATTORNEY FOR **Plaintiff** | 646-517-3534 | |
| EASTERN DISTRICT, BROOKLYN<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | | |
| SHORT TITLE OF CASE:<br>Suresh, Ajay v. Long Island University | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>1:25-cv-01858-HG |
| **Declaration of Diligence** | | Ref. No. or File No:<br>28451 |

United States District Court

Person to Serve: **Long Island University**

Documents Received: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| Apr 11 2025 | 01:50 PM | 1 University Plz, Brooklyn, NY 11201; The legal department is closed. |
| Apr 16 2025 | 11:31 AM | 1 University Plz, Brooklyn, NY 11201; Per Legal Department, all service of process must be directed to the Long Island Campus at 720 Northern Blvd., Greenvale, NY 11540. There isn't anyone authorized to accept at this location. |

Person attempting service:

a. Name: **Erika Tejada, License #1088563**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **144.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Erika Tejada, License #1088563      Date: **04/16/2025**

Declaration of Diligence      Invoice #: 11699086